UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MARCOS CALCANO, *on behalf of himself and all other persons similarly situated*,

                          Plaintiff,

-against-

ALFA 64 INC.,

                         Defendant.

------------------------------------- x

ORDER

19 Civ. 9713 (GBD)

GEORGE B. DANIELS, United States District Judge:

This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
       January 31, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge